[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 5, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-10281

_____

D. C. Docket No. 06-10055-CV-JLK

ACCESS 4 ALL, INC.,
FELIX M. ESPOSITO, individually,

Plaintiffs-Appellants,

versus

CASA MARINA OWNER, LLC, a foreign
limited liability company,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 5, 2008)

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

In this Americans with Disabilities Act case, the appellants Access 4 All, Inc. and Felix Esposito appeal from the district court's October 3, 2006 order dismissing the case on mootness grounds and awarding attorney's fees to Appellee Casa Marina Owner, LLC. With the consent of all parties, we hereby vacate the district court's order of October 3, 2006 dismissing the case and remand the cause for further proceedings. We also vacate the district court's order of October 3, 2006 awarding attorney's fees to Casa Marina Owner, LLC.

**VACATE and REMAND.**